# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL ROBERT GRANT,**
Appellant,

v.

**MICKEY BANDI,** in his Official Capacity, Property Appraiser of Okeechobee County, Florida, and **CELESTE WATFORD,** in her Official Capacity as Tax Collector, for Okeechobee County, Florida,
Appellees.

No. 4D21-3412

[June 2, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca I. White, Judge; L.T. Case No. 472009CA000186.

Michael Robert Grant, Fort Pierce, pro se.

Loren E. Levy of The Levy Law Firm, Tallahassee, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***